In the Matter of HENRY J. PAGNOZZI, Petitioner, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Determination unanimously confirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

SOLOMON PORTNOW, Respondent, v. ST. GEORGE SWIMMING CLUB, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. PATRICK A. MURPHY, Appellant.— Order unanimously reversed and the complaint dismissed upon the ground that paternity was not established by satisfactory proof. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MELNICK CONSTRUCTION CORP., Respondent, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Appellants. [600 W. 186TH ST., BOROUGH OF MANHATTAN.] — Order unanimously reversed, with $20 costs and disbursements to appellants and the assessments reinstated on the ground that the evidence sustains the assessments. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

JAMES A. CAREY, Respondent, v. PELL, DE VEGH & COMPANY, INC., et al., Appellants.— Determination unanimously affirmed, with costs to respondent. No opinion. Present — Peck, P. J., Dore, Callahan and Bergan, JJ. [See post, p. 863.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH RICHLAND, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted upon the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Peck, P. J., Dore, Callahan and Bergan, JJ.

■

SAM MENCHER, as Chairman of Furriers Joint Council of New York, and as Assignee of IDA WEISS and Others, et al., Appellants, v. HARRY WEISS, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ. [See post, p. 915.]

■

KNAPP ENGRAVING CO., INC., Appellant, v. JOHN POST CONSTRUCTION CORP., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ. [See post, p. 864.]

■

CENTRAL PARK STUDIOS et al., Respondents, v. RICHARD EYRE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Dore, Callahan, Heffernan and Bergan, JJ.